UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. WILLIAM TOMASZEWSKI, INDIVIDUALLY and ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiff,<br><br>v.<br><br>TREVENA, INC., MAXINE GOWEN, and ROBERTO CUCA,<br><br>    Defendants. | Case No. 2:18-cv-04378-CMR |
| TONY MASTOPIETRO, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>TREVENA INC., MAXINE GOWEN, and ROBERTO CUCA,<br><br>    Defendants. | Case No. 2:18-cv-04426-CMR |
| WESLEY LOUIS, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>TREVENA, INC., MAXINE GOWEN, DAVID SOERGEL, CARRIE BOURDOW, JONATHAN VIOLIN and ROBERTO CUCA,<br><br>    Defendants. | Case No. 2:18-cv-04779-CMR |

**DECLARATION OF DEBORAH R. GROSS IN SUPPORT OF
THE TREVENA GROUP'S MOTION FOR
(A) CONSOLIDATION OF RELATED CASES,
(B) APPOINTMENT AS LEAD PLAINTIFF, AND
(C) APPOINTMENT OF LEAD AND LIAISON COUNSEL**

Deborah R. Gross declares, under penalty of perjury:

1. I am a member of the law offices of Kaufman Coren & Ress, P.C., proposed liaison counsel for the Trevena Group. I submit this declaration in support of the motion of the Trevena group for appointment as lead plaintiff and approval of selection of counsel.

2. Attached hereto as Exhibit A is a true and accurate copy of a press release entitled "Block & Leviton Files Securities Class Action Against Trevena, Inc. (TRVN); Investors Are Encouraged to Contact The Firm" issued on October 11, 2018 via PR Newsire.

3. Attached hereto as Exhibits B-F are true and accurate copies of the certifications of the members of the Trevena Group stating that each member is, among other things, willing to serve as a representative party on behalf of the class.

4. Attached hereto as Exhibits G-K are true and accurate copies of loss charts for each of the individual members of the Trevena Group.

5. Attached hereto as Exhibit L is a true and accurate summary loss chart for the entire Trevena Group.

6. Attached hereto as Exhibit M is a true and accurate copy of the firm resume of Block & Leviton LLP, proposed Lead Counsel.

7. Attached hereto as Exhibit N is a true and accurate copy of the firm resume of Kaufman Coren & Ress, P.C., proposed Liaison Counsel.

8. Attached hereto as Exhibit O is a true and accurate copy of a joint declaration executed by members of the Trevena Group.

December 10, 2018

/s/ Deborah R. Gross
Deborah R. Gross