## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DR. WILLIAM TOMASZEWSKI,**<br>**Individually and on Behalf of All Others**<br>**Similarly Situated,**<br><br>　　　　　　　　　　*Plaintiffs,*<br><br>**v.**<br><br>**TREVENA, INC., MAXINE GOWEN and**<br>**ROBERTO CUCA,**<br><br>　　　　　　　　　　*Defendants.* | **CIVIL ACTION NO. 18-4378** |

## <u>ORDER</u>

**AND NOW**, this 28th day of May 2019, upon consideration of Huseyin Erenoglu's Motion for Appointment as Lead Plaintiff and Approval of Counsel [Doc. No. 9], Trevena Group's Motion to Appoint Counsel and Lead Plaintiff [Doc. No. 8], and Lanphie Ping's Motion to Appoint Counsel and Appoint Lead Plaintiff [Doc. No. 5], the responses thereto, after oral arguments held on February 20, 2019, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** as follows:

1.　　Trevena Group's Motion [Doc. No. 8] is **GRANTED**.

　　　a.　Trevena Group, comprised of Albert Koch, Whittier Pierce, Christopher Beyers, Kevin Walsh and Peter Palmer, is appointed lead plaintiff in this litigation pursuant to 15 U.S.C. § 78u-4(a)(3)(B) of the Private Securities Litigation Reform Act.

　　　b.　Trevena Group's selection of Block & Leviton LLP as its choice of lead counsel and Kaufman Coren & Ress, P.C. as its liaison counsel, is approved pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v) of the Private Securities Litigation Reform Act.

2.       Huseyin Erenoglu's Motion [Doc. No. 9] is **DENIED**.

3.       Lanphie Ping's Motion [Doc. No. 5] is **DENIED**.

It is so **ORDERED**.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

_____

**CYNTHIA M. RUFE, J.**