IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. WILLIAM TOMASZEWSKI, Individually and on Behalf of All Others Similarly Situated,<br>*Plaintiffs,*<br><br>v.<br><br>TREVENA, INC., MAXINE GOWEN, and DAVID SOERGEL,<br>*Defendants.* | CIVIL ACTION NO. 18-4378 |

# ORDER

**AND NOW**, this 28th day of August 2020, upon consideration of Trevena and Gowen's Motion to Dismiss, Plaintiffs' Motion to Strike, Soergel's Motion to Dismiss, the responses thereto, and all related filings, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1) Plaintiffs' Motion to Strike [Doc. No. 66] is **GRANTED** and Exhibits A, B & C to Defendants Trevena and Gowen's Motion to Dismiss [Doc. Nos. 59-1, 59-2 & 59-3] are **STRICKEN**.

2) Trevena and Gowen's Motion to Dismiss [Doc. Nos. 59] is **DENIED**.

3) Soergel's Motion to Dismiss [Doc. No. 79] is **GRANTED in part** and **DENIED in part** as set forth in the accompanying Memorandum Opinion.

4) Defendants shall answer the Complaint within **14 days** of the entry of this Order.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**