UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. WILLIAM TOMASZEWSKI, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>TREVENA, INC., MAXINE GOWEN, and DAVID SOERGEL,<br><br>        Defendants. | No. 2:18-cv-04378-CMR |

**ORDER GRANTING JOINT MOTION**
**FOR TEMPORARY STAY TO FACILITATE SETTLEMENT**

Having considered the Parties' Joint Motion for Temporary Stay to Facilitate Settlement, and for good cause shown, the Court hereby ORDERS:

1. All pending deadlines are hereby temporarily stayed for thirty (30) days; and

2. The Parties shall file for preliminary approval of the proposed settlement no later than April 19, 2021.

    SO ORDERED.

Dated: March 24, 2021

/s/ Cynthia M. Rufe
_____
Hon. Cynthia M. Rufe
United States District Court Judge