# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. WILLIAM TOMASZEWSKI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TREVENA, INC., MAXINE GOWEN, and DAVID SOERGEL,<br><br>Defendants. | No. 2:18-cv-04378-CMR |

## ORDER PERMITTING EXTENSION OF PAGE LIMITS

Having considered Lead Plaintiffs' Unopposed Motion for Extension of Page Limits, the Court hereby ORDERS:

Lead Plaintiffs are hereby permitted to file a motion for preliminary approval and supporting memorandum which shall not exceed 27 double-spaced pages.

SO ORDERED.

Dated: April 20, 2021

/s/ Cynthia M. Rufe
Hon. Cynthia M. Rufe
United States District Court Judge