# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

DR. WILLIAM TOMASZEWSKI, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

TREVENA, INC., MAXINE GOWEN, and DAVID SOERGEL,

        Defendants.

No. 2:18-cv-04378-CMR

## LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION AND CERTIFICATION OF SETTLEMENT CLASS FOR SETTLEMENT PURPOSES ONLY

Pursuant to this Court's May 3, 2021 Order Preliminarily Approving Settlement and Providing for Notice (Dkt. 115), Lead Plaintiffs Albert Koch, Whittier Peirce, Christopher Beyers, Kevin Walsh and Peter Palmer ("Lead Plaintiffs"), hereby move this Court, pursuant to Federal Rule of Civil Procedure 23(e) for an Order: (i) granting final approval of the proposed Settlement in this Action; (ii) approving the proposed Plan of Allocation for the net proceeds of the Settlement; and (iii) finally certifying the Settlement Class, for settlement purposes only.[1]

This Motion is based upon the accompanying Memorandum of Points and Authorities, the Declaration of Jeffrey C. Block and exhibits attached thereto, the [Proposed] Judgment Approving Class Action Settlement, the [Proposed] Order Approving Plan of Allocation, and all of the prior

---

[1] All capitalized terms that are not otherwise defined herein shall have the meanings set forth in the Stipulation.

pleadings and proceedings had herein, and such other written and/or oral argument as may be presented to the Court.

June 28, 2021                                          Respectfully submitted,

/s/ *Shanon J. Carson*
Shanon J. Carson (PA Bar No. 85957)
Michael C. Dell'Angelo (PA Bar No. 80910)
**BERGER MONTAGUE P.C.**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 875-3000 phone
(215) 875-4604 fax
scarson@bm.net
mdellangelo@bm.net

*Liaison Counsel*

Jeffrey C. Block, *pro hac vice*
Jacob A. Walker, *pro hac vice*
Nathaniel Silver, *pro hac vice*
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
jeff@blockleviton.com
jake@blockleviton.com
nate@blockleviton.com

*Lead Counsel*

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 28, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

                                          /s/ *Shanon J. Carson*
                                          Shanon J. Carson