UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. WILLIAM TOMASZEWSKI, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>TREVENA, INC., MAXINE GOWEN, and DAVID SOERGEL,<br><br>　　　　　　Defendants. | No. 2:18-cv-04378-CMR |

## LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES

Pursuant to Federal Rule of Civil Procedure 23(h) and this Court's May 3, 2021 Order Preliminarily Approving Settlement and Providing for Notice (Dkt. 115), Lead Counsel, Block & Leviton LLP, hereby moves this Court for an Order: (i) awarding attorneys' fees in the amount of 30% (or $2,5550,00) of the Settlement Fund on behalf of Plaintiffs' Counsel; (ii) approving reimbursement of Litigation Expenses incurred by Plaintiffs' Counsel in prosecuting this Action in the amount of $49,327.41; and (iii) granting awards to Lead Plaintiffs Albert Koch, Whittier Peirce, Christopher Beyers, Kevin Walsh and Peter Palmer ("Lead Plaintiffs") totaling $25,000.[1]

This Motion is based upon the accompanying Memorandum of Points and Authorities, the Declaration of Jeffrey C. Block in Support of: (I) Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation and Certification of Settlement Class for Settlement Purposes Only; and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and

---

[1] Unless otherwise defined, all capitalized terms herein have the meanings set forth in the Stipulation. Dkt. 111-2.

Reimbursement of Litigation Expenses, and exhibits attached thereto, the [Proposed] Order Approving Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses, and all of the prior pleadings and proceedings had herein, and such other written and/or oral argument as may be presented to the Court.

June 28, 2021

Respectfully submitted,

/s/ *Shanon J. Carson*
Shanon J. Carson (PA Bar No. 85957)
Michael C. Dell'Angelo (PA Bar No. 80910)
**BERGER MONTAGUE P.C.**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 875-3000 phone
(215) 875-4604 fax
scarson@bm.net
mdellangelo@bm.net

*Liaison Counsel*

Jeffrey C. Block, *pro hac vice*
Jacob A. Walker, *pro hac vice*
Nathaniel Silver, *pro hac vice*
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
jeff@blockleviton.com
jake@blockleviton.com
nate@blockleviton.com

*Lead Counsel*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 28, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

                                        /s/ *Shanon J. Carson*
                                        Shanon J. Carson